| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Anthony J. Zaller (SBN 224844); Damion Robinson (262573)<br>Van Vleck Turner & Zaller LLPq<br>6310 San Vicente Blvd., Suite 430<br>Los Angeles, CA 90048<br>Telephone: (323) 592-3505<br>Facsimile: (323) 592-3506 | |
| ATTORNEYS FOR  Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GALFER, KRISTEN KITTSCHER, and HEATHER STILLMAN, individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>The CITY OF LOS ANGELES, a California Municipal Corporation, XEROX STATE & LOCAL SOLUTIONS, INC., a New York Corporation, ROBERT ANDALON, WAYNE GARCIA, and JAIME DE LA VEGA<br>Defendant(s) | CASE NUMBER<br>CV13-00664-CAS (MRWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs Jeff Galfer, Kristen Kittscher, and Heather Stillman
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jeff Galfer | Plaintiff |
| Kristen Kittscher | Plaintiff |
| Heather Stillman | Plaintiff |
| The City of Los Angeles | Defendant |
| Xerox State & Local Solutions, Inc. | Defendant |
| Robert Andalon | Defendant |
| Wayne Garcia | Defendant |
| Jaime de la Vega | Defendant |
| Xerox Corporation | Parent Company of Defendant |

January 30, 2013
Date

Sign

Damion Robinson
Attorney of record for or party appearing in pro per
Plaintiffs