**Prepared by:**
**MICHAEL N. FEUER,** City Attorney (SBN 11529x)
**THOMAS H. PETERS,** Chief Deputy City Attorney (SBN 163383)
**RONALD S. WHITAKER**, Assistant City Attorney (SBN 110160)
**GERALD SATO,** Deputy City Attorney (SBN 82780)
200 N. Main Street, City Hall East, 9th Floor, Rm. 916
Los Angeles, CA 90012-4129
Telephone (213) 473-6875 Facsimile (213) 473-6818

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GALFER et al, | Case No.: CV 13-00664 SJO (MRNx) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION UPON SETTLEMENT** |
| vs. | |
| CITY OF LOS ANGELES et al | |
| Defendants. | |

Plaintiffs JEFF GALFER, KRISTEN KITTSCHER, STEPHANIE SHERWIN, MELODY WHITNEY, GARY SKOGEN, and HEATHER STILLMAN, on the one hand, and defendants CITY OF LOS ANGELES and XEROX STATE AND LOCAL SOLUTIONS INC., on the other, by and through their attorneys of record, pursuant to a Settlement Agreement and General Release (the "Release") entered by them on March 13, 2015 at mediation, now stipulate for the dismissal of the action upon settlement pursuant to FRCP Rule 41(a)(1)(A)(ii) as follows:

**STIPULATION FOR ORDER OF DISMISSAL
UPON SETTLEMENT OF ACTION**

IT IS HEREBY STIPULATED that the entire action is dismissed with prejudice;

IT IS HEREBY FURTHER STIPULATED that each party shall bear his, her, and its own costs of suit and defense, including attorney's fees, except as set forth in the Release;

IT IS HEREBY FURTHER STIPULATED that nothing herein or in the Settlement Agreement and General Release executed by the parties shall be deemed an admission or waiver or abandonment of any legal or evidentiary contention or defense;

IT IS HEREBY FURTHER STIPULATED and jointly requested that the Court retain jurisdiction for enforcement of the Release described herein, for a period of 180 days, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

March 16, 2015        DAMION D.D. ROBINSON Esq.
                      VAN VLECK TURNER & ZALLER LLP

                      By s/ DAMION D. D. ROBINSON
                      Attorney for Plaintiffs JEFF GALFER et al

March 16, 2015        THOMAS V. REICHERT, ESQ.
                      DAVID I. HURWITZ, ESQ.
                      BIRD, MARELLA, etc.


                      By s/ DAVID I. HURWITZ, ESQ.
                      Attorneys for Def. Xerox State & Local Solutions, Inc.

March 16, 2015        MICHAEL N. FEUER, City Attorney
                      THOMAS PETERS, Assistant City Attorney
                      RONALD WHITAKER, Assistant City Attorney


                      By GERALD M. SATO, Deputy City Attorney
                      Attorneys for Defendant CITY OF LOS ANGELES

STIPULATION FOR ORDER OF DISMISSAL
UPON SETTLEMENT OF ACTION