JS-6

**Prepared by:**
**MICHAEL N. FEUER,** City Attorney (SBN 11529x)
**THOMAS H. PETERS,** Chief Deputy City Attorney (SBN 163383)
**RONALD S. WHITAKER**, Assistant City Attorney (SBN 110160)
**GERALD SATO,** Deputy City Attorney (SBN 82780)
200 N. Main Street, City Hall East, 9th Floor, Rm. 916
Los Angeles, CA 90012-4129
Telephone (213) 473-6875 Facsimile (213) 473-6818

Attorneys for Defendant CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF GALFER et al, | Case No.: CV 13-00664 SJO (MRNx) |
| Plaintiffs, | **ORDER DISMISSING ACTION PURSUANT TO STIPULATION AND SETTLEMENT** |
| vs. | |
| CITY OF LOS ANGELES et al | |
| Defendants. | |

The Court, having considered the foregoing STIPULATION RE ORDER OF DISMISSAL UPON SETTLEMENT OF THE ACTION and finding good cause therefore;

IT IS HEREBY ORDERED that the action is dismissed with prejudice;

IT IS HEREBY FURTHER ORDERED that each party shall bear his, her, and its own costs of suit and defense, including attorney's fees, except as agreed between the parties.

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction for a period of 180 days pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to

[PROPOSED] ORDER DISMISSING ACTION
PURSUANT TO STIPULATION AND SETTLEMENT

1  implement the provisions of the Settlement Agreement and General Release described
2  herein.
3      IT IS SO ORDERED.

Date: 3/20/15

*S. James Otero*
_____
HON. S. JAMES OTERO
Judge of the United States District Court

**[PROPOSED] ORDER DISMISSING ACTION
PURSUANT TO STIPULATION AND SETTLEMENT**